JASON FRIERSON
United States Attorney
Nevada Bar Number 7709
LAUREN M. IBANEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
Lauren.Ibanez@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00130-GMN-NJK |
| Plaintiff, | **Government's Motion to Dismiss the Indictment Pursuant to Federal Rule of Criminal Procedure 48(a)** |
| v. | |
| ELBERT TAYLOR, | |
| Defendant. | |

Plaintiff United States of America, by and through, Jason M. Frierson, United States Attorney, and Lauren M. Ibanez, Assistant United States Attorney, respectfully moves for leave of Court in the interest of justice to dismiss the Indictment (ECF 1) without prejudice against defendant Elbert Taylor, pursuant to Rule 48(a), of the Federal Rules of Criminal Procedure.

Respectfully submitted this 20th day of June, 2024.

JASON FRIERSON
United States Attorney

*/s/ Lauren M. Ibanez*
LAUREN M. IBANEZ
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>        v.<br><br>ELBERT TAYLOR,<br><br>                 Defendant. | Case No. 2:24-cr-00130-GMN-NJK<br><br>**Order Granting Motion to Dismiss the Indictment Pursuant to Federal Rule of Criminal Procedure 48(a)** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment in the above captioned case.

JASON FRIERSON
United States Attorney

*/s/ Lauren M. Ibanez*
LAUREN M. IBANEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this   20   day of   June  , 2024.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE